UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS SANTIAGO-LABOY,

        Plaintiff,                 Civil Action No.:

v.

WINTERBERRY LANDSCAPE
MANAGEMENT, LLC
                                       JUNE 9, 2017
        Defendant

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§1441 and 1446, the defendant hereby gives notice of the removal of the above-captioned action from the Superior Court of Connecticut, J.D. of New Britain, to this Court, which is the judicial district in which said action is pending. The grounds for removal are as follows:

1.    On or about May 11, 2017, the plaintiff LUIS SANTIAGO-LABOY commenced a civil action against defendant in the Superior Court of Connecticut, J.D. of New Britain, titled <u>Luis Santiago-Laboy vs. Winterberry Landscape Management, LLC</u> Docket No.: HHB-CV-17-6037696-S.

2. The plaintiff, who was employed by the defendant, has alleged in his complaint various causes of action arising out the circumstances under which his employment was terminated by the defendant. The basis underlying the plaintiff's various claims is an alleged violation of the plaintiff's rights under federal law. The plaintiff's cause of action is therefore based on federal law and invokes federal question jurisdiction.

3. Specifically, the plaintiff's complaint alleges violations of his rights under The Fair Labor Standards Act as codified in 29 U.S.C. §§ 206(A), 207(A)(1) and 215, et seq ("FLSA"). The plaintiff alleges that the defendant unlawfully withheld earned wages that were due, and that defendant illegally terminated his employment in retaliation for his threat to contact the Department of Labor about his wage claim, all in violation of the FLSA. The plaintiff also has alleged certain causes of action under state law that derive from the same nucleus of operative facts as his FLSA claims. Finally, the complaint also asserts claims for damages, punitive damages, costs and attorneys' fees available under the FSLA.

4. This Court would have had original subject matter jurisdiction of this action under the provisions of 28 U.S.C. § 1331 if the action had originally been brought in Federal court. Removal is, therefore, proper under 28 U.S.C. § 1441(a).

5. This Court may exercise pendent jurisdiction over the plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

6. This Notice of Removal is being timely filed within 30 days after the receipt by defendant, through service, of copies of the initial pleading setting forth the claim for relief upon which plaintiff's claims are based, pursuant to 28 U.S.C. § 1446. Plaintiff served his pleading on May 11, 2017. Accordingly, the time for filing this Notice under the provisions of 28 U.S.C. § 1441 has not expired.

7. All state court papers served on defendants at the time of removal, consisting of the summons and complaint, are attached hereto as Exhibit A.

8. Through this notice, defendants hereby petition for a 30 day extension of time from June 10, 2017 to July 10, 2017 to file a responsive pleading to the complaint, including a motion to dismiss, pursuant to D. Conn. L. Civ. R. 7(b)(1)(a).

9. Written notice of the filing of this Notice has been given to all parties as required by law [Copy attached as Exhibit B].

10. A true and correct copy of this Notice will be filed with the Superior Court of Connecticut, J.D. of New Britain, as provided by law.

For the reasons set forth above, defendants hereby remove this action from the Superior Court of Connecticut, J.D. of New Britain, to this Court.

DEFENDANT,
WINTERBERRY LANDSCAPE
MANAGEMENT, LLC

BY: \_\_ct01513_____

Paul H. D. Stoughton
Federal Bar No. ct01513
Conway Stoughton LLC
643 Prospect Avenue
West Hartford, CT 06105
Phone: (860) 523-8000
Fax: (860) 523-8002
pstoughton@conwaystoughton.com (email)

## CERTIFICATION

I hereby certify that on June 9, 2017 a copy of the foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                 Ct01513
                                         Paul H. D. Stoughton
                                         Federal Bar No. ct01513
                                         Conway Stoughton LLC
                                         643 Prospect Avenue
                                         West Hartford, CT 06105
                                         Phone: (860) 523-8000
                                         Fax: (860) 523-8002
                                         pstoughton@conwaystoughton.com (email)

# EXHIBIT A

Conway Stoughton LLC • Attorneys at Law
643 Prospect Avenue, West Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

# SUMMONS - CIVIL
JD-CV-1 Rev 10-15
C G S §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 20 Franklin Ave, New Britain, CT 06051 | (806) 515-5180 | June 6, 2017 |

| | | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|---|
| ☒ Judicial District ☐ Housing Session | ☐ G A Number | New Britain | Major: m   Minor: 90 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Cicchiello & Cicchiello, LLP, 364 Franklin Avenue, Hartford, CT 06114 | 419987 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| (860) 296-3457 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes   ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to): service@cicchielloesq.com

Number of Plaintiffs: 1   Number of Defendants: 1   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Luis Santiago-Laboy<br>Address: 730 George Street, New Haven, CT 06489 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Winterberry Landscape Management, LLC<br>Address: AGENT: Scott Leavitt, 2070 West St., Southington, Ct 06489 | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left | Date signed |
|---|---|---|---|
| | | MEGAN L. MICHAUD | 05/09/2017 |

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above | Signed (Self Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| | | |
|---|---|---|
| RETURN DATE: JUNE 6, 2017 | : | SUPERIOR COURT |
| LUIS SANTIAGO-LABOY | : | JUDICIAL DISTRICT |
| V. | : | OF NEW BRITAIN |
| WINTERBERRY LANDSCAPE MANAGEMENT, LLC | : | MAY 9, 2017 |

## COMPLAINT

**COUNT ONE:**    **Breach of Contract**

1. The Plaintiff, Luis Santiago-Laboy, was at all times set forth herein a resident the City of New Haven, State of Connecticut

2. The Defendant, Winterberry Landscape Management, LLC was at all times set forth herein a domestic company organized under the laws of the State of Connecticut, with a principal place of business located at 2010 West Street, Southington, CT 06489.

3. Plaintiff began his employment with the Defendant on or about April of 2015 as a Foreman.

4. As a Foreman Plaintiff's duties included supervising three other employees and he also performed as a driver.

5. During Plaintiff's employment with the Defendant Plaintiff reported to David Fusco.

6. Plaintiff was paid fourteen dollars ($14.00) an hour and generally worked forty five (45) to fifty (50) hours a week, Plaintiff was paid overtime

7. On or around September of 2016 Plaintiff was asked by the Defendant to do a job installing sprinkler systems at Syracuse University.

8. Prior to Plaintiff's acceptance to do the Syracuse job the Defendant, Plaintiff's Supervisor, verbally offered to pay the Plaintiff twenty seven dollars an hour

1

($27.00) as well as cover Plaintiff's hotel and food expenses. The Plaintiff agreed to these terms.

9. The Syracuse job was set to begin August 29, 2016 until September 4, 2016.

10. The Plaintiff along with other employees of the Defendant completed the Syracuse University job.

11. After Plaintiff returned from completing the Syracuse University job he was not paid the agreed upon twenty seven dollars ($27.00) an hour for the job but was instead paid at his regular hourly rate of fourteen dollars ($14.00) an hour.

12. Plaintiff complained to his supervisor that he had been offered twenty seven dollars ($27.00) an hour for the job but was not paid the twenty seven dollars ($27.00) an hour.

14. The Plaintiff requested to speak with the Defendant owner who refused to speak with Plaintiff.

15. The Plaintiff complaint to Defendant's Human Resources department on September 6, 2016 that he was underpaid for the Syracuse University job.

16. The following day on September 7, 2016, Plaintiff's supervisor told Plaintiff he needs to keep his mouth shut and that he had no reason to go to Human Resources.

17. The Plaintiff attempted to speak with the owner about the underpayment issues since nothing had been resolved.

18. On September 12, 2016, Plaintiff was given a lay off slip and told there was no work and that business was slow.

19. Upon information and belief, business was not slow and there was plenty of work.

20. The Defendant failed to pay Plaintiff consistent with the terms of the verbal contract between the Plaintiff and the Defendant for the Syracuse University job.

21. The foregoing actions of the Defendant constitute a breach of a verbal contract between the Plaintiff and Defendant.

22. As a result of the Defendant's breach of contract, the Plaintiff has suffered damages, including a loss of the wages.

COUNT TWO: Non-payment of Wages – Conn. Gen. Stat. §§ 31-58 *et seq.*, 31-71e *et seq.*, and 31-76b *et seq.*

1. The Plaintiff repeats and re-alleges paragraphs 1 through 19 above, as paragraphs 1 through 19 of Count Two, as if fully set forth herein.

20. The Defendant failed to pay the Plaintiff all of the wages he is entitled to.

21. The aforementioned conduct of the Defendant, in failing to pay the Plaintiff the wages to which he entitled, is in violation of Connecticut General Statutes §§ 31-58 *et seq.*, 31-71a *et seq.*, and 31-76b *et seq.*

22. As a result of the aforementioned conduct of the Defendant, the Plaintiff has suffered a loss of wages, overtime wages, and other damages.

23. As a further result of aforementioned conduct of the Defendant, the Plaintiff has been forced to incur attorney's fees and costs in order to obtain the rights to which he is entitled.

24. The Plaintiff claims double wages, costs, and attorney's fees in accordance with Conn. Gen. Stat. § 31-72.

**COUNT THREE:**     **Unjust Enrichment**

1. The Plaintiff repeats and re-alleges paragraphs 1 through 19 above, as paragraphs 1 through 19 of Count Three, as if fully set forth herein.

20. As a result the Defendant's misclassification of the Plaintiff's employment status and its failure to pay him all of the wages he is owed, the Defendant has been unjustly enriched.

21. The Defendant received a benefit from the Plaintiff's labor, for which the Defendant did not fully compensate the Plaintiff as is required by the applicable laws.

22. As a result of the Defendant's actions, the Plaintiff has been denied compensation to which he is entitled.

**COUNT FOUR:**     **Common Law Wrongful Discharge**

1. The Plaintiff repeats and re-alleges paragraphs 1 through 19 above, as paragraphs 1 through 19 of Count Four, as if fully set forth herein.

20. The aforementioned conduct by the defendant, through its agents, servants, representatives, and/or employees constitutes a violation of public policy.

21. As a result of his wrongful discharge by the defendant, through its agents, servants, representatives, and/or employees, the plaintiff has suffered, and will continue to suffer, lost wages and employment benefits.

22. As a result of his wrongful discharge by the defendant, through its agents, servants, representatives, and/or employees, the plaintiff has suffered, and will continue to suffer, considerable emotional distress and psychological pain and suffering, and he has incurred legal fees and costs in order to obtain the rights to which he is entitled.

COUNT FIVE:	NONPAYMENT OF WAGES IN VIOLATION OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. §§ 206(A), 207(A)(1).

1. The Plaintiff repeats and re-alleges paragraphs 1 through 19 above, as paragraphs 1 through 19 of Count five, as if fully set forth herein.

20. Plaintiff was an employee of the Defendant as defined by 29 U.S.C. § 203(e)(1).

21. Defendants unlawfully failed to pay plaintiff his owed and earned wages and unlawfully withheld his due wages, all in violation of the Fair Labor Standards Act.

22. As a result of the aforementioned unlawful conduct of Defendants, Plaintiff has incurred lost wages, costs, expenses, attorneys' fees, and other consequential losses and damages.

COUNT SIX:	RETALIATION IN VIOLATION OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 215 ET. SEQ

1. The Plaintiff repeats and re-alleges paragraphs 1 through 19 above, as paragraphs 1 through 19 of Count Six, as if fully set forth herein.

20. Defendant retaliated against and terminated Plaintiff in response to his threat to contact the Department of Labor in violation of the Fair Labor Standards Act.

21. As a result of the aforementioned unlawful conduct of Defendant, Plaintiff has incurred lost wages, costs, expenses, attorneys' fees, and other consequential losses and damages.

22. As a further result of the Defendant's unlawful conduct, Plaintiff has been deprived of the benefit of gainful employment.

**WHEREFORE,** the Plaintiff demands the following relief:

1. Monetary damages;
2. Allowable costs;
3. Unpaid wages;
4. Liquidated damages, attorney's fees, and costs pursuant to Conn. Gen. Stat. § 31-72 and FLSA;
5. Punitive damages, attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110a and b, and FLSA;
6. Such other relief as the court deems just and appropriate.

THE PLAINTIFF,
LUIS SANTIAGO-LABOY

By/ *[signature]*
Megan L. Michaud, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, Connecticut 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: mpiltz@cicchielloesq.com

| | | |
|---|---|---|
| RETURN DATE: JUNE 6, 2017 | : | SUPERIOR COURT |
| LUIS SANTIAGO-LABOY | : | JUDICIAL DISTRICT |
| V. | : | OF HARTFORD |
| WINTERBERRY LANDSCAPE MANAGEMENT, LLC | : | MAY 9, 2017 |

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff claims the amount of demand is in excess of $15,000.00, exclusive of interest and costs.

THE PLAINTIFF,
LUIS SANTIAGO-LABOY

By: _____
Megan L Michaud, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, Connecticut 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: mpiltz@cicchielloesq.com

STATE OF CONNECTICUT:
: ss: SOUTHINGTON    MAY 11, 2017
COUNTY OF HARTFORD :

    Then and by virtue hereof, and by direction of the Plaintiff's Attorney, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with and in the hands of INGRID LEAVITT, OFFICE ADMINISTRATOR and duly authorized to accept service for the within named defendant **WINTERBERRY LANDSCAPE MANAGEMENT, LLC, 2070 WEST STREET,** in the said town of SOUTHINGTON, County of Hartford.

State of Connecticut
County of Hartford
Department of Administrative Services

    The within is the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed.

| | |
|---|---|
| Verified pages $ 8.00 | ATTEST: |
| Endorsements 1.60 | |
| Service 40.00 | KEITH NIZIANKIEWICZ |
| Travel 18.00 | CT STATE MARSHAL |
| ----------- | HARTFORD COUNTY |
| Total $67.60 | |

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*
P.O. BOX 280054 • EAST HARTFORD, CONNECTICUT 06128-0054 • OFFICE: (860) 610-0295

# EXHIBIT B

Conway Stoughton LLC • Attorneys at Law
643 Prospect Avenue, West Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

| | | |
|---|---|---|
| DOCKET NO. HHB-CV-17-6037696-S | : | SUPERIOR COURT |
| LUIS SANTIAGO-LABOY | : | J.D. OF NEW BRITAIN |
| V. | : | AT NEW BRITAIN |
| WINTERBERRY LANDSCAPE MANAGEMENT, LLC | : | JUNE 9, 2017 |

### DEFENDANT'S NOTICE TO STATE COURT FOR REMOVAL OF ACTION

Defendant, Winterberry Landscape Management, LLC, hereby files this Notice to State Court for Removal of Action and states as follows:

To: Clerk of the Superior Court, County of Hartford, State of Connecticut.

You are hereby notified that Winterberry Landscape Management, LLC, filed with the Clerk of the United States District Court for the District of Connecticut its Notice of Removal of the above-styled action from the State Court to the Federal Court. A copy of the notice is attached as Exhibit 1. By filing this notice, the defendant Winterberry Landscape Management, LLC, has effected a removal of this action to the United States District Court for the District of Connecticut.

Pursuant to 28 U.S.C. § 1446 (d), this Court is prohibited from proceeding further in the above-styled action unless and until the action is remanded to this Court.

Conway Stoughton LLC • Attorneys at Law
643 Prospect Avenue, West Hartford, CT 06105
(860) 523-8000 • Fax (860) 523-8002• JURIS NO. 421209

THE DEFENDANT,

*Paul H.D. Stoughton*

By: _____
Paul H.D. Stoughton
Conway Stoughton LLC
643 Prospect Avenue
West Hartford, CT 06105
860-523-8000
860-523-8002 Fax
Juris No. 421209

### CERTIFICATION

I hereby certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on this 9th day of June, 2017, to all counsel and self-represented parties of records and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Megan L. Michaud, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114

*Paul H.D. Stoughton*
_____
Paul H.D. Stoughton

2