UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------- x
LUIS SANTIAGO-LABOY,            :
                                :
        Plaintiff,              :
                                :
v.                              :    Civil No. 3:17-cv-956 (AWT)
                                :
WINTERBERRY LANDSCAPE MGMT, LLC,:
                                :
        Defendant.              :
------------------------------- x
```

## ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before January 8, 2018.

If the parties wish to file a stipulation (for approval by the court or simply for inclusion in the court's file), they may do so on or before January 8, 2018.

The deadline set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated at Hartford, Connecticut this 7th day of December, 2017.

```
                         /s/ AWT
                    Alvin W. Thompson
                    United States District Judge
```